IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA



**FILED**

JAN - 5 2007

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| LAVOY L. STEVENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-06-1273-W |
| ) | |
| CORRECTIONAL HEALTHCARE ) | |
| MANAGEMENT et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On December 14, 2003, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation and recommended that the complaint filed in this matter by plaintiff Lavoy L. Stevenson be dismissed without prejudice. Stevenson was advised of his right to object, and the matter now comes before the Court on Stevenson's Objection to the Report and Recommendation.

Upon review of the record, the Court

(1) DECLINES at this time to adopt the Report and Recommendation;

(2) sua sponte GRANTS Stevenson until January 19, 2007, to cure the deficiencies as directed by Magistrate Judge Argo in his Order filed on November 20, 2006;[1] and

(3) ADVISES Stevenson that his failure to cure these deficiencies by January 19, 2007, absent good cause, will result in dismissal of this matter without prejudice to refiling.

ENTERED this 5th day of January, 2007.

LEE R. WEST
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of the Court is DIRECTED to mail to Stevenson a copy of Magistrate Judge Argo's Order.